IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN MUNSON,

    Plaintiff,

v.        Case Nos. 5:16cv295-MW/GRJ
        and 5:16cv296-MW/GRJ

WILBURN BARBER, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF Nos. 6 and 7. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on April 10, 2017.**

        s/Mark E. Walker    
        **United States District Judge**